```
BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729
```

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GONZALEZ ZAZUETA, | No. 1:13-cv-130-AWI SAB |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: REMAND PURSUANT TO |
| v. | 8 U.S.C. § 1447(b) |
| Eric H. Holder, Jr., et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of this application. As of the time of this filing, the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 30 days from the date of the order of remand.

In the event the result of the adjudication is a denial of the application, and after plaintiff administratively exhausts such denial pursuant to 8 U.S.C. § 1447, the parties agree that jurisdiction may revert to this Court pursuant to 8 U.S.C. § 1421(c), for a de novo review of that denial.

The parties will file a status report within 30-days of the date of the Court's remand order advising as to the status of the application.

Dated: March 20, 2013

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/Audrey Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorneys for the Defendants |
| | By: | /s/ Win Chester Eaton<br>Win Chester Eaton<br>Attorney for the Plaintiff |

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is remanded to United States Citizenship and Immigration Services with instructions to adjudicate the application within 30 days.

IT IS SO ORDERED.

Dated:   March 27, 2013

SENIOR DISTRICT JUDGE