BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GONZALEZ ZAZUETA, | No. 1:13-cv-130 AWI SAB |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| Eric H. Holder, Jr., et al. | |
| Defendants. | |

This Court granted the parties' stipulation to remand this immigration case to United States Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b). The parties now report that upon remand, USCIS granted plaintiff's application for naturalization. The parties now agree to dismissal of this matter as moot, each side to bear its own costs of litigation.

Dated: April 8, 2013

                                      BENJAMIN B. WAGNER
                                      United States Attorney

By:  /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:  /s/ Win Chester Eaton
      Win Chester Eaton
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.

IT IS SO ORDERED.

Dated:   April 18, 2013

SENIOR DISTRICT JUDGE