BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO GONZALEZ ZAZUETA,  Plaintiff,  v.  Eric H. Holder, Jr., et al.  Defendants. | No. 1:13-cv-130 AWI SAB  JOINT STATUS REPORT |

This Court granted the parties' stipulation to remand this immigration case to United States Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b).  The parties now report that upon remand, USCIS granted plaintiff's application for naturalization.  The parties now agree to dismissal of this matter as moot, each side to bear its own costs of litigation.

Dated: April 8, 2013

                                  BENJAMIN B. WAGNER
                                United States Attorney

            By:    /s/Audrey Hemesath
                    Audrey B. Hemesath
                    Assistant U.S. Attorney
                    Attorneys for the Defendants

            By:    /s/ Win Chester Eaton
                    Win Chester Eaton
                    Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.

IT IS SO ORDERED.

Dated:   April 18, 2013                                                                 
                                                      SENIOR  DISTRICT  JUDGE